UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARVEY H. LYONS, JR., | ) Case No. CV 03-8006-SVW (AJW) |
| Petitioner, | ) JUDGMENT |
| vs. | ) |
| AL HERRERA, WARDEN, and UNITED STATES PAROLE COMMISSION, | ) |
| Respondents. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated:   6-16-10

_____
Stephen V. Wilson
United States District Judge